### Barbara ALLEN, et al., Plaintiffs–Appellants,

v.

### R & H OIL & GAS COMPANY, Farrar Oilfield Service and Equipment Company, and Tri–State Oil Services, Inc., Defendants,

### Tri–State Oil Services, Inc., Defendant–Appellee.

### No. 94–60444.

United States Court of Appeals, Fifth Circuit.

Nov. 16, 1995.

Richard M. Martin, Jr., Cummings, Cummings, & Dudenhefer, New Orleans, LA, for Appellants.

Michael B. Wallace, Walker W. Jones, III, Joseph A. Ziemianski, Todd C. Richter, Chuck D. Barlow, Phelps Dunbar, Jackson, MS, for appellee.

*ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC*

Before JOLLY, SMITH and DeMOSS, Circuit Judges.

PER CURIAM:

The petition for rehearing is DENIED, and no member of the panel or judge in regular active service having requested that the court be polled on rehearing en banc (*see* FED.R.APP.P. 35 and 5TH CIR.R. 35), the suggestion for rehearing en banc is DENIED. Although the panel members have some disagreement regarding the interpretation of Mississippi law, the panel is of the unanimous view that the opinion in this case specifically reflects a result under the Mississippi law of punitive damages and is not to be construed as a comment on any similar case that might arise under the law of any other state.